PROB 12C
(6/16)

Report Date: December 22, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 27 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Reshawn D'Arby Phillips | Case Number: 0980 2:15CR00129-WFN-1 |
| Address of Offender: | Spokane, Washington 99212 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 15, 2016

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 24 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: August 11, 2017 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: August 10, 2022 |

## PETITIONING THE COURT

To issue a **summons**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: On August 11, 2017, Reshawn Phillips signed his judgment for case number 2:15CR00129-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Phillips was made aware by his U.S. probation officer, he must refrain from any unlawful use of controlled substances.

Reshawn Phillips violated the terms of his supervised release by consuming marijuana, a controlled substance, on or about December 15, 2017, in violation of his mandatory condition number 2. On December 14, 2017, Mr. Phillips was directed to report to the U.S. Probation Office for a mandatory drug test. The sample field tested positive for marijuana. Mr. Phillips denied use and the sample was sent to the lab for confirmation. On December 18, 2017, the sample was returned as positive for marijuana metabolite.

Prob12C
Re: Phillips, Reshawn D'Arby
December 22, 2017
Page 2

The U.S. Probation Office respectfully recommends the Court issue a **summons** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/22/2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

12/27/17

Date