PROB 12C
(6/16)

Report Date: August 13, 2018

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 13 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Reshawn D'Arby Magnificent-El    Case Number: 0980 2:15CR00129-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 15, 2016

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 24 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: August 11, 2017 |
| Defense Attorney: | Miles Pope | Date Supervision Expires: August 10, 2022 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/27/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence:** On August 11, 2017, Reshawn Magnificent-El signed his judgment for case number 2:15CR00129-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Magnificent-El was made aware by his U.S. probation officer, that he shall not commit another federal, state or local crime.<br><br>On August 9, 2018, at approximately 3:40 a.m., per Spokane Police Department (SPD) report 2018-20155860, a SPD officer was assisting Spokane County deputies who were searching for a male on a bicycle that had ran from them. The SPD officer observed a male on a bicycle matching the description given talking to the occupants of a dark colored Ford Explorer. When the male on the bicycle saw the SPD officer approaching in his marked patrol vehicle, he fled into an alley while the dark colored Ford Explorer continued north on Perry Street and then turned east onto Bismark Avenue. While the SPD officer attempted to catch up to the male on the bicycle, he observed two black males standing outside the Ford Explorer, which was now parked on the south side of Bismark Avenue. |

Prob12C
Re: Magnificent-El, Reshawn D'Arby
August 13, 2018
Page 2

As the SPD officer approached, both males observed the SPD officer's vehicle and walked away from the Ford Explorer eastbound on Bismark Avenue at a rapid pace. The SPD officer made a U-turn in order to contact the two males as he believed the two males had been, were about to be, or were involved in criminal activity. The two black males walked up to the front door of 1430 E. Bismark and knocked on the door, the occupants of this house opened the inside door, but appeared to refuse to open the outer screen door for the males. The SPD officer exited his marked patrol vehicle in order to contact the two black males who were now walking away from the house.

The SPD officer instructed the two black males to have a seat on the bumper of a truck that was parked in front of the residence. Mr. Reshawn D. Magnificent-El began to comply while the other male ran from the officer; the SPD officer briefly gave chase. Mr. Magnificent-El was detained in handcuffs and refused to identify the male who ran from the SPD officer.

The occupants of 1430 E. Bismark informed the SPD officer they did not know Mr. Magnificent-El, or the unidentified male, but made the occupants uncomfortable. The SPD officer ran the registration of the Ford Explorer through dispatch, in which dispatch advised the Ford Explorer was not reported stolen and was registered to Shellease D. Phillips, whom is the wife of Mr. Magnificent-El. A SPD officer looked inside the Ford Explorer through the windows while standing on the outside of the vehicle, in which he observed a Springfield XD hard plastic pistol case in the back seat of the Ford Explorer. Dispatch confirmed Mr. Magnificent-El is a convicted felon and is prohibited from possessing a firearm.

A SPD officer located a set of keys with a Green Bay Packers laniard and a Ford key fob around the front porch of 1430 E. Bismark where Mr. Magnificent-El was previously seen standing. The residents of 1430 E. Bismark did not recognize the keys as belongings to anyone in their residence, and upon pressing the lock button on the Ford key fob, the lights of the Ford Explorer flashed. Mr. Magnificent was not arrested or charged with any crime at this time and thus allowed to leave the scene.

Based on the noted information, the SPD officer decided to impound the Ford Explorer and apply for a search warrant to retrieve evidence involving the crime of unlawful possession of a firearm. The search warrant was signed and reviewed by the SPD officer's supervisor, and then sent to the warrant commissioner who reviewed and signed the search warrant at 8:56 p.m. on August 9, 2018.

On August 9, 2018, at 9:51 p.m., three SPD officers served the search warrant on the aforementioned Ford Explorer. Upon serving the search warrant, three pistols were located including a Springfield Armory XD .45 Caliber pistol (serial # GM421052), a Springfield Armory XD .40 caliber pistol (serial # US485692), and a Smith and Wesson M&P 9mm (serial # HXE9249). All three pistols had magazines in them which were full of ammunition and had a round chambered in the gun.

Based on the provided information, per Spokane Police Department 2018-20155860, probable cause exists to arrest and charge Mr. Magnificent-El for three counts of unlawful possession of a firearm 1st degree, thus placing Mr. Magnificent-El in direct violation of mandatory condition number 2.

Prob12C
**Re: Magnificent-El, Reshawn D'Arby**
**August 13, 2018**
**Page 3**

It should also be noted, located in the vehicle were miscellaneous calibers of pistol ammunition, a silver scale, a black Springfield Armory holster, a black mask, a Springfield Armory hard pistol case that contained several loose rounds of pistol ammunition, and a resume with Mr. Magnificent-El's name and information on it. All items were photographed, placed inside the vehicle, and placed onto property as evidence.

3   **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

**Supporting Evidence**: On August 11, 2017, Reshawn Magnificent-El signed his judgment for case number 2:15CR00129-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Magnificent-El was made aware by his U.S. probation officer, that he shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

On August 9, 2018, at approximately 3:40 a.m., per Spokane Police Department (SPD) report 2018-20155860, a SPD officer was assisting Spokane County deputies who were searching for a male on a bicycle that had ran from them. The SPD officer observed a male on a bicycle matching the description given talking to the occupants of a dark colored Ford Explorer. When the male on the bicycle saw the SPD officer approaching in his marked patrol vehicle, he fled into an alley while the dark colored Ford Explorer continued north on Perry Street and then turned east onto Bismark Avenue. While the SPD officer attempted to catch up to the male on the bicycle, he observed two black males standing outside the Ford Explorer which was now parked on the south side of Bismark Avenue.

As the SPD officer approached, both males observed the SPD officer's vehicle and walked away from the Ford Explorer eastbound on Bismark Avenue at a rapid pace. The SPD officer made a U-turn in order to contact the two males as he believed the two males had been, were about to be, or were involved in criminal activity. The two black males walked up to the front door of 1430 E. Bismark and knocked on the door, the occupants of this house opened the inside door but appeared to refuse to open the outer screen door for the males. The SPD officer exited his marked patrol vehicle in order to contact the two black males who were now walking away from the house.

The SPD officer instructed the two black males to have a seat on the bumper of a truck that was parked in front of the residence. Mr. Reshawn D. Magnificent-El began to comply while the other male ran from the officer; the SPD officer briefly gave chase. Mr. Magnificent-El was detained in handcuffs and refused to identify the male who ran from the SPD officer.

The occupants of 1430 E. Bismark informed the SPD officer they did not know Mr. Magnificent-El, or the unidentified male, but made the occupants uncomfortable. The SPD officer ran the registration of the Ford Explorer through dispatch, in which dispatch advised the Ford Explorer was not reported stolen and was registered to Shellease D. Phillips, whom is the wife of Mr. Magnificent-El. A SPD officer looked inside the Ford Explorer through the windows while standing on the outside of the vehicle, in which he observed a Springfield XD hard plastic pistol case in the back seat of the Ford Explorer. Dispatch confirmed Mr. Magnificent-El is a convicted felon and is prohibited from possessing a firearm.

Prob12C
**Re: Magnificent-El, Reshawn D'Arby**
**August 13, 2018**
**Page 4**

A SPD officer located a set of keys with a Green Bay Packers laniard and a Ford key fob around the front porch of 1430 E. Bismark where Mr. Magnificent-El was previously seen standing. The residents of 1430 E. Bismark did not recognize the keys as belongings to anyone in their residence, and upon pressing the lock button on the Ford key fob, the lights of the Ford Explorer flashed. Mr. Magnificent was not arrested or charged with any crime at this time and thus allowed to leave the scene.

Based on the noted information, the SPD officer decided to impound the Ford Explorer and apply for a search warrant to retrieve evidence involving the crime of unlawful possession of a firearm. The search warrant was signed and reviewed by the SPD officer's supervisor, and then sent to the warrant commissioner who reviewed and signed the search warrant at 8:56 p.m. on August 9, 2018.

On August 9, 2018, at 9:51 p.m., three SPD officers served the search warrant on the aforementioned Ford Explorer. Upon serving the search warrant, three pistols were located including a Springfield Armory XD .45 Caliber pistol (serial # GM421052), a Springfield Armory XD .40 caliber pistol (serial # US485692), and a Smith and Wesson M&P 9mm (serial # HXE9249). All three pistols had magazines in them which were full of ammunition and had a round chambered in the gun; thus placing Mr. Magnificent-El in direct violation of mandatory condition number 5.

It should also be noted, located in the vehicle were miscellaneous calibers of pistol ammunition, a silver scale, a black Springfield Armory holster, a black mask, a Springfield Armory hard pistol case that contained several loose rounds of pistol ammunition, and a resume with Mr. Magnificent-El's name and information on it. All items were photographed, placed inside the vehicle, and placed onto property as evidence.

| 4 | **Standard Condition #3**: the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: On August 11, 2017, Reshawn Magnificent-El signed his judgment for case number 2:15CR00129-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Magnificent-El was made aware by his U.S. Probation officer, he must answer inquiries by the probation officer and follow the instructions of the probation officer.

On August 1, 2018, Mr. Magnificent-El reported to the U.S. Probation Office. It was at this time Mr. Magnificent-El informed the undersigned he was going to continue residing at his current residence and that his wife would be moving into a different residence. The undersigned inquired as to the specific address his wife would be residing, in which Mr. Magnificent-El refused to answer this inquiry multiple times.

On August 6, 2018, Mr. Magnificent-El sent the undersigned a text message stating he was moving into his wife's residence. The undersigned acknowledged this text message and informed Mr. Magnificent-El he needed to provide the address to the residence prior to moving. Mr. Magnificent-El responded by stating he thought he had 72 hours to report his new residence, in which the undersigned referred him to the judgment in the instant offense. Mr. Magnificent-El stated he was moving within the next 72 hours and that he would report "the details in a timely manner." On August 9, 2018, the undersigned sent Mr. Magnificent-El a text message inquiring to the status of his address previously inquired, in which there has been no response from Mr. Magnificent-El as of this writing.

Prob12C
Re: Magnificent-El, Reshawn D'Arby
August 13, 2018
Page 5

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08/13/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

8/13/18
Date