PROB 12C
(6/16)

Report Date:  November 19, 2018

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2018

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Reshawn D'Arby Magnificent-El        Case Number: 0980 2:15CR00129-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 15, 2016

| | |
|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 24 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: August 11, 2017 |
| Defense Attorney: | Miles Pope | Date Supervision Expires: August 10, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/27/2017 and 08/13/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |

          **Supporting Evidence**: On August 11, 2017, the offender participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. The offender signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

          On November 15, 2018, Mr. Magnificent-El was arrested in Las Vegas, Nevada, on the outstanding warrant issued by the Honorable Wm. Fremming Nielsen, Senior U.S. District Judge, on August 13, 2018.  Mr. Magnificent-El was not given permission from the probation officer, nor the Court, to leave the Eastern District of Washington to be in the District of Nevada.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
**Re: Magnificent-El, Reshawn D'Arby**
**November 19, 2018**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/19/2018
_____

s/Jonathan C. Bot
_____

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[x]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]   Defendant to appear before the Judge assigned to the
        case.
[x]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

_____November 21, 2018_____
Date