PROB 12C
(6/16)

Report Date: January 11, 2019

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 4 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Reshawn D'Arby Magnificent-El    Case Number: 0980 2:15CR00129-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 15, 2016

Original Offense:     Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:    Prison - 24 months           Type of Supervision: Supervised Release
                      TSR - 60 months

Asst. U.S. Attorney:  Matthew F. Duggan            Date Supervision Commenced: August 11, 2017

Defense Attorney:     Miles Pope                   Date Supervision Expires: August 10, 2022

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/27/2017, 08/13/2018 and 11/21/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On January 8, 2019, Mr. Magnificent-El violated his conditions of supervised release by being indicted on a new federal charge, Failure to Register, in violation of 18 U.S.C. § 2250(a), case number 2:19CR00006-WFN-1.<br><br>On August 11, 2017, the offender participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. The offender signed a copy of the conditions of supervision acknowledging his understanding of those conditions.<br><br>On January 8, 2019, Mr. Magnificent-El was indicted on a new federal charge, Failure to Register, in violation of 18 U.S.C. § 2250(a). |

Prob12C
Re: Magnificent-El, Reshawn D'Arby
January 11, 2019
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/11/2019

s/Jonathan C. Bot

Jonathan C Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

1/14/19

Date