PROB 12C
(6/16)

Report Date: October 21, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Honor Magnificent-El      Case Number: 0980 2:15CR00129-TOR-1

Address of Offender: ███████████████ Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 15, 2016

| | |
|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) |
| Original Sentence: | Prison - 24 months; TSR - 60 months |
| Type of Supervision: | Supervised Release |
| Revocation Sentence: (September 24, 2019) | Prison - 17 months; TSR - 36 months |
| Asst. U.S. Attorney: | Michael James Austen Ellis |
| Date Supervision Commenced: | June 1, 2022 |
| Defense Attorney: | Federal Defenders Office |
| Date Supervision Expires: | May 31, 2025 |

## PETITIONING THE COURT

To issue a summons.

On June 1, 2022, an officer reviewed the conditions of supervision with Mr. Magnificent-El. He signed a copy of his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2**: You must not have direct contact with any child you know or reasonably should know to be under the age of 18, not including your own children, without the permission of the probation officer. If you have any direct contact with any child you know or reasonably should know to be under the age of 18, not including your own children, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in person communication, or physical contact. Direct contact does not include incidental contact during ordinary activities in public places |
| | **Supporting Evidence**: It is alleged Mr. Magnificent-El is in violation of special condition number 2 by having unauthorized contact with individuals under the age of 18, since September 18, 2024. |

Prob12C
Re: Magnificent-El, Honor
October 21, 2024
Page 2

On October 8, 2024, the undersigned officer received a phone call from the Dean of Student Support at Spokane Falls Community College (SFCC), who informed the undersigned officer that Mr. Magnificent-El had been removed from the campus after learning he was a registered sex offender and failing to disclosed this to the school, which is a requirement of SFCC.

It was also reported to the Dean of Students that Mr. Magnificent-El was knowingly engaging with individuals under the age of 18. He asked a couple of female students how old they were and they responded that they were under the age of 18 and still in high school. Mr. Magnificent -El responded, "oh so your still in high school" and he continued to engage with the minor females. According to the Dean of Students, the behavior Mr. Magnificent-El was exhibiting was concerning enough that it made someone in that classroom uncomfortable, leading to the discovery of Mr. Magnificent-El's status as a level 2 sex offender in Spokane County, and it being reported to SFCC.

2  **Special Condition #6:** You must not reside or loiter within 500 feet of places where children congregate, which includes playgrounds, primary and secondary schools, city parks, daycare centers, and arcades.

**Supporting Evidence:** It is alleged Mr. Magnificent-El is in violation of special condition number 6, by frequenting a daycare facility numerous times on or before October 7, 2024.

On October 7, 2024, Mr. Magnificent-El disclosed to the undersigned officer that he had been taking his daughter to a daycare center in Spokane Valley, Washington, approximately two times per week for the past few months. He did not disclose nor was he given permission to frequent a daycare center by the undersigned officer or any other officer in the probation office. The daycare center has since been notified and he has been prohibited from returning.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | October 21, 2024 |
|---|---|
| | s/Corey M. McCain |
| | Corey M McCain<br>U.S. Probation Officer |

Prob12C
Re: Magnificent-El, Honor
October 21, 2024
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Thomas O. Rice
United States District Judge

October 22, 2024
Date